MOE B. RUBIN, as Assignee of NETTIE RUBIN, Appellant, *v.* MARY KOPPELMAN et al., Respondents.

Submitted October 14, 1943; decided December 2, 1943.

*Samuel Beinhart* and *Philip Olan* for appellant.

*Maurice Finkelstein* for Mary Koppelman, respondent.

*John P. McGrath* and *John J. Buckley* for East New York Savings Bank, respondent.

*Merwin F. Le Vine* for Prudential Insurance Company of America, respondent.

*Martin P. Krimko* for Raygot Realty Corp. et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.